ACCEPTED
05-15-01012-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 1:57 PM
LISA MATZ
CLERK



# Dallas County
## Public Defender's Office

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

1/31/2018 1:57:36 PM

LISA MATZ
Clerk

January 31, 2018

Lisa Matz, Clerk
Court of Appeals, 5th District
600 Commerce Street, Suite 200
Dallas, Texas 75202

> **RE:** *Undre Jones v. State of Texas*
> Trial Court No.: F14-52314-V
> Appellate Court No.: 05-15-01012-CR

**Certification of Compliance with TEX. R. APP. P. 48.4**

Dear Ms. Matz:

Pursuant to Rule 48.4, of the Texas Rules of Appellate Procedure, I certify that on July 31, 2017, I sent to Mr. Jones a copy of this Court's opinion and judgment in the above-entitled and numbered cause along with notification of his right to file a pro se petition for discretionary review under Rule 68. This notification was sent certified mail, return receipt requested, to Mr. Jones at his last known address. This notification was returned as undeliverable. I have attached a copy of the front of the returned envelope showing that it was undeliverable.

On September 11, 2017, I re-sent the opinion and judgment, the notification of his right to file a pro se petition for discretionary review under Rule 68, and a copy of the motion for extension to file a petition for discretionary review I filed in the Court of Criminal Appeals on September 7, 2017, to Mr. Jones by regular mail. Please include this letter in the official papers in this cause.

Thank you for your assistance in this matter.

Respectfully,

/s/ *Julie Woods*

Julie Woods
Assistant Public Defender

Attachment
cc: Dallas County Criminal District Attorney's Office, Appellate Section

---



**Public Defender's Office**
Frank Crowley Courts Building
133 N. Riverfront Blvd., 9th Floor, LB 2
Dallas, Texas 75207

Julie Woods

AUG 31 REC'D

UNITED STATES POSTAGE $07.50° AUG03 2017
MAILED FROM ZIP CODE 75202

7015 1730 0001 8716 6218

Mr. Uncre Jones
7544 Concordia Lane
Dallas, Texas 75241

NIXIE       750 FE 1        0008/28/17

RETURN TO SENDER
ATTEMPTED NOT KNOWN
UNABLE TO FORWARD

BC: 75207433902        *0934-09011-03-42

## SENDER: *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Undre Jones
7544 Concordia Lane
Dallas, TX 75241

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 2431 6249 3684 59

2. Article Number *(Transfer from service label)*

7015 1730 0001 8721 6128

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt